IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 17-CR-2030-LRR |
| vs. | **ORDER** |
| DARRELL SMITH, | |
| Defendant. | |

Defendant Darrell Smith appeared before the court on July 25, 2017, and entered pleas guilty to Counts 1 and 2 of the Information. Defendant's pleas of guilty were accepted. Defendant is adjudicated guilty of Counts 1 and 2 of the Information. Defendant is detained pending sentencing.

The court orders the United States Probation Office to prepare a Presentence Investigation Report.

**IT IS SO ORDERED.**

**DATED** this 28th day of July, 2017.

LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA