# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-CR-2030-LRR |
| Plaintiff, | |
| vs. | **ORDER** |
| DARRELL SMITH, | |
| Defendant. | |

_____

This matter comes before the court on its own motion. The court hereby extends and amends the deadlines for the parties to file their sentencing memoranda as follows. The government must file its sentencing memorandum **by no later than ten days from the date of this order**. Thereafter, Defendant Darrell Smith must file his sentencing memorandum **by no later than ten days after the government files its sentencing memorandum**. The government may then file a reply **by no later than five days after Defendant files his sentencing memorandum**.

**IT IS SO ORDERED.**

**DATED** this 25th day of June, 2018.

_____
LINDA R. READE, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA